UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| MEDI-TECH INTERNATIONAL CORPORATION<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>　　　　　　　Defendant. | **S U M M O N S**<br><br>Court No. 25-00282 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

　　　　　　　　　　　　　　　　　　　　　　/s/ Gina Justice
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

**PROTEST**

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 4601, 1001, 3901 | Center (if known): | CEE004 |
| Protest Number: | See Attached Schedule | Date Protest Filed: | See Attached Schedule |
| Importer: | Medi-Tech International Corporation | Date Protest Denied: | See Attached Schedule |
| Category of Merchandise: | incontinence fixation pants | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See | Attached | Schedule | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Jason M. Kenner, Esq.
Sandler, Travis & Rosenberg, Esq.
286 Madison Avenue, Suite 1200
New York, NY 10017/212-549-0137
jkenner@strtrade.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| incontinence fixation pants | 6108.22.10 9813.88.15 | 8.3% 7.5% | 9817.00.96- 6108.22.10 | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

denial of entitlement to entry under Subheading 9817.00.96, Harmonized Tariff Schedule of the United States (HTSUS)

The issue which was common to all such denied protests:

Whether incontinence fixation pants are specially designed or adapted for the use or benefit of the physically handicapped entitled to entry under HTSUS subheading 9817.00.96

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Jason M. Kenner
_____
*Signature of Plaintiff's Attorney*

11/20/2025
_____
*Date*

## SCHEDULE OF PROTESTS

<u>CEE004</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 460120121495 | 9/23/2020 | 5/30/2025 | EE3-1350508-7 | 5/1/2019 | 03/27/20 | 4601 |
| 460120121495 | 9/23/2020 | 5/30/2025 | EE3-1351129-1 | 5/14/2019 | 04/10/20 | 4601 |
| 460120121495 | 9/23/2020 | 5/30/2025 | EE3-1352503-6 | 6/11/2019 | 05/08/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1353323-8 | 6/26/2019 | 05/22/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1354469-8 | 7/20/2019 | 06/12/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1355252-7 | 7/31/2019 | 06/26/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1356167-6 | 8/15/2019 | 07/10/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1356666-7 | 8/28/2019 | 07/24/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1358214-4 | 9/23/2019 | 08/21/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1358612-9 | 9/26/2019 | 08/21/20 | 4601 |
| 460120123456 | 11/17/2020 | 5/30/2025 | EE3-1359998-1 | 10/17/2019 | 09/11/20 | 4601 |
| 460121127628 | 5/28/2021 | 5/30/2025 | EE3-1363104-0 | 12/21/2019 | 11/20/20 | 4601 |
| 460121127628 | 5/28/2021 | 5/30/2025 | EE3-1364057-9 | 1/6/2020 | 12/04/20 | 4601 |
| 460121127628 | 5/28/2021 | 5/30/2025 | EE3-1367337-2 | 2/6/2020 | 01/01/21 | 4601 |
| 460121128644 | 7/9/2021 | 5/30/2025 | EE3-1367803-3 | 2/17/2020 | 01/15/21 | 4601 |
| 460121128644 | 7/9/2021 | 5/30/2025 | EE3-1369263-8 | 4/7/2020 | 03/05/21 | 4601 |
| 460121128644 | 7/9/2021 | 5/30/2025 | EE3-1369778-5 | 4/22/2020 | 03/19/21 | 4601 |
| 460121128644 | 7/9/2021 | 5/30/2025 | EE3-1370319-5 | 5/6/2020 | 04/02/21 | 4601 |
| 460121128644 | 7/9/2021 | 5/30/2025 | EE3-1371007-5 | 5/26/2020 | 04/23/21 | 4601 |
| 460121129808 | 11/8/2021 | 5/30/2025 | EE3-1371851-6 | 6/15/2020 | 05/14/21 | 4601 |
| 460121129808 | 11/8/2021 | 5/30/2025 | EE3-1373061-0 | 7/12/2020 | 06/04/21 | 4601 |
| 460121129808 | 11/8/2021 | 5/30/2025 | EE3-1374979-2 | 8/17/2020 | 07/16/21 | 4601 |
| 460121129808 | 11/8/2021 | 5/30/2025 | EE3-1375977-5 | 9/10/2020 | 08/06/21 | 4601 |
| 460121129808 | 11/8/2021 | 5/30/2025 | EE3-1377133-3 | 9/30/2020 | 08/27/21 | 4601 |
| 460122130730 | 3/23/2022 | 5/30/2025 | EE3-1379095-2 | 11/5/2020 | 10/01/21 | 4601 |
| 460122130730 | 3/23/2022 | 5/30/2025 | EE3-1380001-7 | 11/21/2020 | 10/22/21 | 4601 |
| 460122130730 | 3/23/2022 | 5/30/2025 | EE3-1380295-5 | 11/27/2020 | 10/22/21 | 4601 |
| 460122130730 | 3/23/2022 | 5/30/2025 | EE3-1381090-9 | 12/14/2020 | 11/12/21 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1383183-0 | 1/26/2021 | 12/24/21 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1383753-0 | 2/7/2021 | 01/07/22 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1383757-1 | 2/8/2021 | 01/07/22 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1383767-0 | 2/8/2021 | 01/07/22 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1384600-2 | 2/23/2021 | 01/21/22 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1384661-4 | 3/9/2021 | 02/04/22 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1384675-4 | 3/9/2021 | 02/04/22 | 4601 |
| 460122131315 | 6/17/2022 | 5/30/2025 | EE3-1386095-3 | 4/6/2021 | 03/04/22 | 4601 |
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1388046-4 | 5/16/2021 | 4/8/2022 | 4601 |
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1388215-5 | 5/19/2021 | 4/15/2022 | 4601 |
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1389165-1 | 6/9/2021 | 5/6/2022 | 4601 |
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1389297-2 | 6/13/2021 | 5/13/2022 | 4601 |

## SCHEDULE OF PROTESTS

<u>CEE004</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1389966-2 | 6/23/2021 | 5/20/2022 | 4601 |
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1391050-1 | 7/13/2021 | 6/10/2022 | 4601 |
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1391311-7 | 7/19/2021 | 6/17/2022 | 4601 |
| 460122132143 | 10/5/2022 | 5/30/2025 | EE3-1392172-2 | 8/4/2021 | 7/1/2022 | 4601 |
| 460123133279 | 1/17/2023 | 5/30/2025 | EE3-1393331-3 | 8/24/2021 | 7/22/2022 | 4601 |
| 460123133279 | 1/17/2023 | 5/30/2025 | EE3-1394196-9 | 9/9/2021 | 8/5/2022 | 4601 |
| 460123133279 | 1/17/2023 | 5/30/2025 | EE3-1394209-0 | 9/10/2021 | 8/5/2022 | 4601 |
| 460123133279 | 1/17/2023 | 5/30/2025 | EE3-1398231-0 | 11/20/2021 | 10/21/2022 | 4601 |
| 460123133279 | 1/17/2023 | 5/30/2025 | EE3-1398232-8 | 11/22/2021 | 10/21/2022 | 4601 |
| 460123133279 | 1/17/2023 | 5/30/2025 | EE3-1398276-5 | 11/27/2021 | 10/21/2022 | 4601 |
| 460123133279 | 1/17/2023 | 5/30/2025 | EE3-1398426-6 | 11/24/2021 | 10/21/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1399088-3 | 12/12/2021 | 11/11/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1399483-6 | 12/19/2021 | 11/18/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1399515-5 | 12/29/2021 | 11/25/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1399821-7 | 12/31/2021 | 12/2/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1400536-8 | 1/14/2022 | 12/16/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1401086-3 | 1/21/2022 | 12/30/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1401087-1 | 1/21/2022 | 12/30/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1401676-1 | 2/3/2022 | 12/30/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1401677-9 | 2/7/2022 | 12/30/2022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1401678-7 | 2/8/2022 | 12/302022 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1403519-1 | 3/16/2022 | 2/10/2023 | 4601 |
| 460123134520 | 5/9/2023 | 5/30/2025 | EE3-1403530-8 | 3/14/2022 | 2/10/2023 | 4601 |
| 460123135901 | 9/19/2023 | 5/30/2025 | EE3-1406252-6 | 5/3/2022 | 3/31/2023 | 4601 |
| 460123135901 | 9/19/2023 | 5/30/2025 | EE3-1406253-4 | 5/8/2022 | 3/31/2023 | 4601 |
| 460123135901 | 9/19/2023 | 5/30/2025 | EE3-1406577-6 | 5/10/2022 | 4/7/2023 | 4601 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1409991-6 | 7/13/2022 | 06/09/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1410766-9 | 7/26/2022 | 06/23/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1411439-2 | 8/9/2022 | 07/07/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1412988-7 | 9/2/2022 | 08/04/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1413423-4 | 9/13/2022 | 08/11/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1413424-2 | 9/13/2022 | 08/11/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1412989-5 | 9/29/2022 | 08/25/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1414167-6 | 9/26/2022 | 08/25/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1414898-6 | 10/11/2022 | 09/08/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1414908-3 | 10/11/2022 | 09/08/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1415778-9 | 10/27/2022 | 09/22/23 | 1001 |
| 100123101509 | 12/4/2023 | 5/30/2025 | EE3-1415779-7 | 10/31/2022 | 09/29/23 | 1001 |
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1417337-2 | 11/30/2022 | 10/27/23 | 4601 |
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1417392-7 | 12/1/2022 | 10/27/23 | 4601 |

# SCHEDULE OF PROTESTS

<u>CEE004</u>
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1417945-2 | 12/13/2022 | 11/10/23 | 4601 |
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1418368-6 | 12/22/2022 | 11/24/23 | 4601 |
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1418997-2 | 1/7/2023 | 12/08/23 | 4601 |
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1419940-1 | 1/28/2023 | 12/22/23 | 4601 |
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1420236-1 | 2/7/2023 | 01/05/24 | 4601 |
| 460124137101 | 3/26/2024 | 5/30/2025 | EE3-1421047-1 | 2/24/2023 | 01/19/24 | 4601 |
| 460124137882 | 10/30/2024 | 5/30/2025 | EE3-1425495-8 | 6/7/2023 | 05/03/24 | 4601 |
| 460124137882 | 10/30/2024 | 5/30/2025 | EE3-1426403-1 | 6/26/2023 | 05/24/24 | 4601 |
| 460124137882 | 10/30/2024 | 5/30/2025 | EE3-1426909-7 | 7/6/2023 | 05/31/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1427686-0 | 7/21/2023 | 06/14/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1428099-5 | 8/1/2023 | 06/28/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1428874-1 | 8/15/2023 | 07/12/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1430360-7 | 9/11/2023 | 08/09/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1431496-8 | 10/3/2023 | 08/30/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1431848-0 | 10/10/2023 | 09/06/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1432579-0 | 10/24/2023 | 09/20/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1432585-7 | 10/24/2023 | 09/20/24 | 4601 |
| 460124138004 | 12/10/2024 | 5/30/2025 | EE3-1433433-9 | 11/14/2023 | 10/11/24 | 4601 |
| 390125132019 | 5/6/2025 | 5/30/2025 | EE3-1434920-4 | 12/13/2023 | 11/8/2024 | 3901 |